Probation Form No. 35            Report and Order Terminating Supervised Release
(1/92)            Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.            Docket No. 0208 7:11CR00629 (CS)

Audai Howard

On January 21, 2022, the above-named was placed on Supervised Release for a period of five (5) years. Mr. Howard has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by two (2) years.

Respectfully submitted,

by *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Audai Howard be granted a two (2) year reduction in his Supervised Release term with a new maximum expiration date of January 20, 2025.

Date this  12th  day of  June , 20 23 .

*Cathy Seibel*

Honorable Cathy Seibel
U.S. District Judge